## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURA POWERS, *Plaintiff*, v. RELIANCE HEALTH CARE, INC. d/b/a WESTWOOD HEALTH AND REHAB, *Defendants*. | Civil Action No. 5:21-CV-05094-TLB |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff, Laura Powers.

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| *March 9, 2022* <br> Date | */s/ Robert C. Dalby* <br> Robert C. Dalby <br> Arkansas Bar No. 2019221 <br> MILLER, BUTLER, SCHNEIDER, PAWLIK, & ROZZELL PLLC <br> 224 S. 2nd Street <br> Rogers, Arkansas 72756 <br> Phone: (479) 621-0006 <br> Fax: (479) 631-6890 <br> rdalby@arkattorneys.com |

**CERTIFICATE OF SERVICE**

      I, Robert Dalby, hereby certify that on the 9th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to all parties of record with ECF.

                                                */s/ Robert C. Dalby*
                                                Robert C. Dalby