# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURA POWERS,<br><br>    *Plaintiff*,<br><br>v.<br><br>RELIANCE HEALTH CARE, INC. d/b/a WESTWOOD HEALTH AND REHAB,<br><br>    *Defendants*. | Civil Action No. 5:21-CV-05094-TLB |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Laura Powers submits the following Unopposed Motion for Extension of Time to respond to Defendant's Motion for Summary Judgment:

1. On February 25, 2022, Defendant Reliance Healthcare, Inc. filed a Motion for Summary Judgment and supporting documents (the "Motion"). *See* Doc. 13-15.

2. Pursuant to the Federal Rules of Civil Procedure and the Local Rules, Plaintiff's response to the Motion is due on March 10, 2022.

3. As shown by the Amended Order entered today, Doc. 18, the parties have recently agreed to move up their settlement conference with Magistrate Judge Comstock to March 31, 2022.

4. Due to the resetting of the settlement conference to a more recent date, Plaintiff respectfully requests that her deadline to respond to Defendant's Motion for Summary Judgment be postponed until April 4, 2022, after the parties' settlement conference, so as to avoid unnecessary motion practice in the event the parties settle this dispute by that time.

5.      Pursuant to Local Rule 6.2(b), Plaintiff's and Defendant's counsel have conferred and Defendant does not oppose this motion to extend time.

Respectfully submitted,

*/s/ Robert C. Dalby*
Robert C. Dalby
Arkansas Bar No. 2019221
MILLER, BUTLER, SCHNEIDER,
PAWLIK, & ROZZELL PLLC
224 S. 2nd Street
Rogers, Arkansas 72756
Phone: (479) 621-0006
Fax: (479) 631-6890
E-mail: rdalby@arkattorneys.com

**CERTIFICATE OF SERVICE**

I, Robert Dalby, hereby certify that on the 9th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the EM/ECF system, which shall send notification of such filing to all parties of record with ECF.

*/s/ Robert C. Dalby*
Robert C. Dalby