UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURA POWERS,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTWOOD HEALTH AND REHAB, INC. (SUBSTITUTED FOR RELIANCE HEALTH CARE, INC.)<br><br>*Defendant*. | Civil Action No. 5:21-CV-05094-TLB |

## STIPULATION OF DISMISSAL

COME Plaintiff, Laura Powers, and Defendant, Westwood Health and Rehab, Inc. (substituted for Reliance Health Care, Inc.), by and through their undersigned attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate that the Complaint in this matter be and is dismissed with prejudice, and each party to bear his and its own costs.

SO STIPULATED:

/s/ George Rozzell
Arkansas Bar No. 2008032
MILLER, BUTLER, SCHNEIDER, PAWLIK, & ROZZELL PLLC
323 W. Spring St
Fayetteville, Arkansas 72701
Phone: (479) 621-0006
Fax: (479) 631-6890
grozzell@arkattorneys.com

*/s/ Phil Campbell*
Arkansas Bar No. 81028
F<small>UQUA</small> C<small>AMPBELL</small>, P.A.
Riviera Tower
3700 Cantrell Road Suite 205
Little Rock, AR 72202
Phone: (501) 374-0200
Fax: (501) 975-7153
pcampbell@fc-lawyers.com