IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LAURA POWERS**                                                                                                       **PLAINTIFF**

v.                                                         NO.  21-5094

**WESTWOOD HEALTH AND REHAB,**                                           **DEFENDANT**
**INC. (SUBSTITUTED FOR RELIANCE**
**HEALTH CARE, INC.)**

### CLERK'S ORDER OF DISMISSAL

On this 27th  day of April , 2022, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: *Teri Gunderson*
      Deputy Clerk